IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

TAVARES LASHAWN DATES #222958 )
Full name and prison number )
of plaintiff(s) )
  )
v. )  CIVIL ACTION NO. 2:17-CV-537-MHT-WC
  )  (To be supplied by Clerk of
Dr. Wilson Walter, MD. )  U.S. District Court)
Corizon Health Co. )
Nurse S. Arrington )
  )
  )
  )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED 2017 AUG -8 P 1:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) N/A

            Defendant(s) N/A

        2.  Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Draper Correctional Facility. 2828-Hwy-143-Elmore, Ala, 36025

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Draper Corr. Fac.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. S. Arrington-Nurse. Staton Heath Care. 2828-Hwy-143-Elmore, Al. 36025

2. Dr. Wilson, Staton Heath Care. 2828 Highway-143-Elmore, Al. 36025

3. Corizon Heath, HQ-Corporate office -103-Powell Court, Brentwood, Tn. 37827

4.

5.

6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED On-June-10 2017

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: See Additional Papers

2


STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Requests that this Court grant damages, Medical treatment be order, Pain and Suffering, Pun. damages $1,000,000.00 dollars.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   July-28-2017
                    (Date)

_____
Signature of plaintiff(s)

4

## Facts of the Complaint

The Plaintiff have not been Adequately And thoroughly treated. The Plaintiff, States that his Medical Condition is of the Most Severity of Condition, it's A problem with his leg that have gotten so Severe that it had caused problems to his Back.

"The Plaintiff States that the problem was not thoroughly examined at first, but if it had been there would be no problem with his back. "But Such A delay by Medical has cause the Plaintiff Such other problems. The is Now Suffering from insomnia because of the pain's he's in, loss of Appetite, therefore causing him to lose weight of 30 pounds. The Medical Staff have been very deliberately And indifferent to Plaintiff _Twales L. Dates_ Medical needs And Any Medical complaint of his, thus the Plaintiff is being deprived of life, liberty, and property due to insufficient Medical Care.

is Stating that he is in need of emergency-Medical treatment. thus Plaintiff is being treated Cruel and unusual, with deliberately indifferent to him'.

The Plaintiff is stating that Such delay in treating the Medical problem in his leg, have Cause the Condition And now the Plaintiff is having Severe back pains.

(1)

The Plaintiff, States that the Medical Staff is being deliberately indifferent to his Medical Needs.

Plaintiff, have file. fill out a Number of Sick Calls Slip that have gone unanswer. Or it be days before the Plaintiff is seen by Medical

The Plaintiff States that the Muscles in his leg is degenerating. And is causing him extreme pain. And the Medical Staff is being "deliberatly-indifference." because of the delay in Medical treatment. Plaintiff knee have gotten so sore and Swollen. that he has been Confine to A Wheel Chair. Therefore Plaintiff States that he received inadequate prison medical care. And the Plaintiff has an Serious Medical need.

Medical Care provided here Draper is inadequate. And in Violation of the Eighth Amendment. Where on-site Nurse and physician Serviced more than 3000-prisoner's. With only one Doctor.

Plaintiff States that the lack of Medical treatment has cause his to be Confine to A Wheel Chair. Thus therefore the Plaintiff in now Classed as an American with Disabilities

Plaintiff, is being house in A Dorm that dosen't meets or Comply with the Americans with Disabilities Act and Section. 504. of the Rehabilitation Act with prohibits disccimnation on the basis of disability and requires reasonable accommodations be provided by State agencies. As the Plaintiff Stated he is Confine to A Wheel Chair. And is made to Stand while taking An Shower. Even when washing he's face in the Morning. He has to Stand. Here the Plaintiff has no accommodations in accord with Section 504.

TAVARES LASHAWN DATES AIS 222958
Draper Correctional Facility
2828-Highway-143
Elmore, Alabama 36025
I-1-5-A

Hold this-Stamps -
Legal mail

U.S. District Court-Middle District
P.O. Box 711,
Montgomery, Ala. 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

Montgomery PSDC 360
TUE 01 AUG 2017 PM