IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAVARES LASHAWN DATES,        )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:17cv537-MHT
                              )           (WO)
DR. WILSON, WALTER, MD.,      )
et al.,                       )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that defendants were deliberately indifferent to his serious medical needs, leading him to become disabled, and that his disability is not being accommodated. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to pay the initial filing fee. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2017.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE